IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY D. FLEEMAN**                                                                              **PLAINTIFF**

**V.**                                   **4:24CV00386 JM**

**JOHNSON BROS CORPORATION, A
SOUTHLAND COMPANY, JOHN DOE
INDIVIDUALS 1 and 2, and JOHN DOE
ENTITIES 1 and 2**                                                    **DEFENDANTS**

## ORDER

Pursuant to Rule 41(a), Plaintiff's motion to dismiss without prejudice (ECF No. 11) is GRANTED. The Court notes that Plaintiff may be ordered to pay all or part of the costs of this action if the action is refiled in the future. *See* Fed. R.Civ. P. 41(d).

IT IS SO ORDERED this 22nd day of April, 2025.

_____
James M. Moody Jr.
United States District Judge